JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TETSUO OSAKI,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SAN BERNARDINO, et al.,<br><br>Defendants. | Case No. 2:18-cv-03720-FMO (SHK<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Action for Failure to Follow Court Rules and Failure to Prosecute, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: December 21, 2018

                                                      /s/
                                   HONORABLE FERNANDO M. OLGUIN
                                   United States District Judge