UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 18-03720-FMO (SHK) | Date: | August 30, 2019 |
|---|---|---|---|
| Title: | *Richard Tetsuo Osaki v. The City of San Bernardino, et al.* | | |

Present: The Honorable Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS): ORDER TO SHOW CAUSE**

On July 23, 2019, the Court granted Plaintiff's Motion for Relief from Judgment. Electronic Case Filing ("ECF No.") 21. The Court also provided Plaintiff with a copy of the docket sheet and the August 21, 2019 Order Dismissing with Leave to Amend ("ODLA"). Plaintiff's First Amended Complaint ("FAC") was due on before August 13, 2019. To date, Plaintiff has failed to file a FAC within the allotted time nor has he requested an extension of time within which to do so.

Accordingly, on or before **September 30, 2019**, Plaintiff is ORDERED to either (a) advise the Court that he does not desire to pursue this action; (b) if plaintiff does desire to pursue this action, show good cause in writing, if any exists, why plaintiff has not timely filed with the Court his FAC, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order; or (c) file a FAC. Plaintiff is forewarned that, if he fails to do either of the provided options, the Court will deem such failure a further violation of a Court order justifying dismissal, and will deem such failure as further evidence of a lack of prosecution on Plaintiff's part.

**IT IS SO ORDERED.**