UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TETSUO OSAKI,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>THE CITY OF SAN BERNARDINO, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:18-cv-03720-FMO (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint ("SAC"), the Second Motion to Dismiss ("Second MTD"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed.

The Court accepts the findings and recommendation of the Magistrate Judge. IT IS THEREFORE ORDERED that the Second MTD be **DENIED**. Specifically: (1) Defendants' request that the City of San Bernardino be dismissed as a Defendant is **DENIED** as **MOOT**, and (2) Defendants' request to dismiss Plaintiff's claims of supervisorial liability, excessive force, and failure to intervene against City Defendants is **DENIED**.

///

The remaining Defendants are now ordered to respond to the SAC, as required, under the Federal Rules of Civil Procedure.

Dated:  September 25, 2020

                                                     /s/
                                  HONORABLE FERNANDO M. OLGUIN
                                  United States District Judge