JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| RICHARD TETSUO OSAKI,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SAN BERNARDINO; a governmental entity; COUNTY OF SAN BERNARDINO, a governmental entity; K. VELASQUEZ, individually; K. MUDGE, individually; G. OROZCO, individually; AHMED, individually; E. LUNA, individually; C. SMITH, individually; SAENZ, individually; G. SCHUELKE, individually; K. HERNANDEZ, individually; KOAHOU, individually and DOES 1 through 10, individually,<br><br>        Defendants. | Case No.  2:18-cv-03720-FMO-SHK<br>Judge:  Fernando M. Olguin<br>Referred to Magistrate:  Hon. Shashi H. Kewalramani<br><br><br>**ORDER GRANTING JOINT STIPULATION [78] TO DISMISS CLAIMS WITH PREJUDICE** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2855 E. GUASTI ROAD, SUITE 400
ONTARIO, CA 91761

## ORDER

Pursuant to Rule 41 and the Joint Stipulation to Dismiss Claims with Prejudice submitted by the parties, Case No. 2:18-cv-03720-FMO (SHK) is hereby dismissed with prejudice as to Defendants, CITY OF SAN BERNARDINO, G. OROZCO, AHMED; E. LUNA; C. SMITH, SAENZ; G. SCHUELKE, K. HERNANDEZ, and KOAHOU

IT IS SO ORDERED.

Dated:  __December 8, 2020                    _____/s/  Fernando M. Olguin_____.
                                                          U.S. DISTRICT JUDGE

55600.00500\33520477.1